UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

KAHN AVIATION, INC.
_____/

KELLY M. HAGAN,

       Plaintiff,

                                                     Case No.: 1:21-cv-137

v.

                                                     HONORABLE PAUL L. MALONEY

SEMMA HEALTH INC.,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation filed by the Honorable Scott W. Dales, United States Bankruptcy Judge, recommending that this Court grant the application for default judgment filed by Plaintiff, chapter 11 trustee Kelly M. Hagan.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 1) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Application for Default Judgment (ECF No. 1-4) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated:  March 19, 2021                                            /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                       United States District Judge