UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

KAHN AVIATION, INC.
_____/

KELLY M. HAGAN,

       Plaintiff,

                                                Case No.: 1:21-cv-137

v.

                                                HONORABLE PAUL L. MALONEY

SEMMA HEALTH INC.,

       Defendant.
_____/

## JUDGMENT

       In accordance with the Order entered on this date:

       **IT IS HEREBY ORDERED** that Judgment enters against Defendant, SEMMA Health, Inc., in the amount of $573,543.25, plus a per diem of $109.59 from and after October 15, 2020, plus costs of $350.

Dated:  March 19, 2021                                     /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge